# MANDATE

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 17th day of October, two thousand and three.

Before:  Hon. Guido Calabresi
Hon. Reena Raggi
Hon. Richard C. Wesley
*Circuit Judges*

Docket No. 02-7839

_____

BARBARA C. EHRLICH,

        Plaintiff-Appellant,

v.

TOWN OF GLASTONBURY,
JOEL WHITE, JAMES KENNY,

        Defendants-Appellees.

_____

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED in accordance with the opinion of this Court.

OCT 1 7 2003

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

_____
Laura Bass Penn
Motions Staff Attorney

— Issued as mandate 11/12/03 —